UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| HALINA J GORNICKA, | ) | CASE NO. 06-17099 |
| | ) | |
| Debtor | ) | Hon. Susan Pierson Sonderby |

### TRUSTEE'S FINAL REPORT

TO: The Honorable Susan Pierson Sonderby
Bankruptcy Judge

NOW COMES **Gregg Szilagyi**, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on December 23, 2006. Gregg Szilagyi was appointed Trustee on December 23, 2006. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the Trustee's final account as of March 4, 2008 is as follows:

|   |   |   |   |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | | $ 10,052.71 |
| b. | DISBURSEMENTS (See Exhibit C) | | $ 358.26 |
| c. | NET CASH available for distribution | | $ 9,694.45 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | | |
|    | 1. | Trustee compensation requested | $1,755.27 |

| | | | |
|---|---|---|---|
| 2. | Trustee Expenses | | $0.00 |
| 3. | Compensation requested by attorney or other professionals for trustee | | |
| | (a) | POPOWCER KATTEN LTD. Accountant for Trustee Fees | $903.00 |

5. The Bar Date for filing unsecured claims expired on July 13, 2007.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $2,658.27 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $16,774.68 |

7. Trustee proposes that unsecured creditors receive a distribution of 41.95% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Accountant for Trustee Fees, POPOWCER KATTEN LTD. requested but not yet allowed is $903.00 . The total of Chapter 7 professional fees and expenses requested for final allowance is $903.00.

9. A fee of $1000.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative

claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

                                                        RESPECTFULLY SUBMITTED

DATE   March 4, 2008                     /s/ Gregg Szilagyi
                                                    **Gregg Szilagyi**, Trustee

Gregg Szilagyi (ARDC #6198555)
One South Wacker Drive
Chicago, Illinois 60606
Telephone:   (312) 634-4748
Facsimile:   (312) 634-5520

# TASKS PERFORMED BY TRUSTEE

(Describe tasks performed and results achieved in chronological order. Major tasks to be summarized in paragraph form.)

- Conducted the Debtor's Section 341 examination;
- Set up files and bank accounts for administration of estate;
- Investigated the Debtor's financial affairs, including claimed exemptions and potential objections to discharge;
- Employed and supervised an accountant to assist with the administration of the estate;
- Liquidated, abandoned and otherwise administered assets for the benefit of the estate;
- Completed and filed all reports as required by the Bankruptcy Code and the United States Trustee;
- Communicated with creditors regarding administration of the estate and the timetable for closing the case and making distributions to creditors;
- Examined and, where required, objected to proofs of claim and otherwise resolved issues dealing with claims and priorities; and
- Completed and filed this Final Report and all other reports and documents required to close the case.

**EXHIBIT A**

# DISPOSITION OF ESTATE PROPERTY

Scheduled Property & Disposition                                    Amount Realized
(List category of scheduled property, a
brief description, scheduled value and
disposition. If abandoned, explain
why & give date of court order)

                                    See Form 1, attached

Unscheduled Property
(Describe property, state circumstances
of discovery and disposition)

                                    See Form 1, attached

| | |
|---|---|
| TOTAL RECEIPTS | $10,052.71 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $0.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $177,700.00 |

**EXHIBIT B**

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:       06-17099      SPS       Judge: Susan Pierson Sonderby       Trustee Name:                        Gregg Szilagyi
Case Name:     HALINA J GORNICKA                                            Date Filed (f) or Converted (c):    12/23/2006 (f)
                                                                            341(a) Meeting Date:                1/24/2007
For Period Ending: 2/9/2008                                                 Claims Bar Date:                    7/13/2007

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real Estate Located at 3907 N. Central Ave #1 W, Chicago IL | 175,000.00 | 28,004.00 | | 10,000.00 | FA |
| 2 | Personal Checking account with Harris Bank | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| 3 | Miscellaneous Household Goods and Used Furniture | 2,000.00 | 2,000.00 | DA | 0.00 | 2,000.00 |
| 4 | Used books, compact discs family pictures | 200.00 | 200.00 | DA | 0.00 | 200.00 |
| 5 | Used Personal Clothing | 500.00 | 500.00 | DA | 0.00 | 500.00 |
| INT | Post-Petition Interest Deposits (u) | Unknown | N/A | | 50.40 | Unknown |
| | TOTALS (Excluding Unknown Values) | $177,700.00 | $30,704.00 | | $10,050.40 | Gross Value of Remaining Assets $2,700.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):    / /           Current Projected Date of Final Report (TFR):    / /

## CASH RECEIPTS AND DISBURSEMENTS

EXHIBIT C

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-17099
Case Name: HALINA J GORNICKA
Taxpayer ID No: XX-XXX1794
For Period Ending: 12/31/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX4323 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

Page: 1

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 4/12/2007 | 1 | HALINA GORNICKA 3907 N. CENTRAL CHICAGO, IL 60634 | DOWN PAYMENT ON PURCHASE FROM DEBTOR | 1110-000 | 5,000.00 | | 5,000.00 |
| 4/30/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 2.04 | | 5,002.04 |
| 4/30/2007 | 1 | Transfer to Acct#XXXXXXX1164 | Transfer of Funds | 9999-000 | | 350.00 | 4,652.04 |
| 5/16/2007 | 1 | HALINA GORNICKA | INSTALLMENT PAYMENT - RESIDENCE | 1110-000 | 1,000.00 | | 5,652.04 |
| 5/31/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 4.25 | | 5,656.29 |
| 6/7/2007 | 1 | HALINA GORNICKA | INSTALLMENT PAYMENT - RESIDENCE | 1110-000 | 1,000.00 | | 6,656.29 |
| 6/29/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 5.19 | | 6,661.48 |
| 7/10/2007 | 1 | HALINA GORNICKA | INSTALLMENT PAYMENT - RESIDENCE | 1110-000 | 1,000.00 | | 7,661.48 |
| 7/31/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 6.18 | | 7,667.66 |
| 8/9/2007 | 1 | HALINA GORNICKA | Interest Rate 1.000 | 1110-000 | 500.00 | | 8,167.66 |
| 8/9/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 500.00 | | 8,667.66 |
| 8/31/2007 | INT | Bank of America | Interest Rate 1.000 | 1270-000 | 7.03 | | 8,674.69 |
| 9/10/2007 | 1 | HALINA GORNICKA | FINAL PAYMENT -- SALE OF RESIDENCE | 1110-000 | 1,000.00 | | 9,674.69 |
| 9/28/2007 | INT | Bank of America | Interest Rate 0.750 | 1270-000 | 5.89 | | 9,680.58 |
| 10/31/2007 | INT | Bank of America | Interest Rate 0.750 | 1270-000 | 6.17 | | 9,686.75 |
| 11/30/2007 | INT | Bank of America | Interest Rate 0.650 | 1270-000 | 5.18 | | 9,691.93 |
| 12/31/2007 | INT | Bank of America | Interest Rate 0.500 | 1270-000 | 4.63 | | 9,696.56 |
| | | | | Page Subtotals | 10,046.56 | 350.00 | |

Page: 2

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-17099
Case Name: HALINA J GORNICKA
Taxpayer ID No: XX-XXX1794
For Period Ending: 12/31/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXXX4323 - MONEY MARKET ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| | | | | Page Subtotals | 0.00 | 0.00 | |

| | | COLUMN TOTALS | | | 10,046.56 | 350.00 | |
| | | Less: Bank Transfers/CD's | | | 0.00 | 350.00 | |
| | | Subtotal | | | 10,046.56 | 0.00 | |
| | | Less: Payments to Debtors | | | 0.00 | 0.00 | |
| | | Net | | | 10,046.56 | 0.00 | 9,696.56 |

Page: 3

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-17099
Case Name: HALINA J GORNICKA
Taxpayer ID No: XX-XXX1794
For Period Ending: 12/31/2007

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXXX1164 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account/CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 4/30/2007 | | | Transfer from Acct#XXXXXX4323 | 9999-000 | 350.00 | | 350.00 |
| 4/30/2007 | 001001 | Weiss, Mark B. 2442 N. Lincoln Avenue Chicago, Illinois 60614 | REIMBURSEMENT FOR BPO ON RESIDENCE | 6920-000 | | 350.00 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 350.00 | 350.00 |
| Less: Bank Transfers/CD's | 350.00 | 0.00 |
| Subtotal | 0.00 | 350.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 0.00 | 350.00 |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| MONEY MARKET ACCOUNT - XXXXXXX4323 | 10,046.56 | 350.00 | 9,696.56 |
| CHECKING ACCOUNT - XXXXXXX1164 | 0.00 | 350.00 | 0.00 |
| TOTAL OF ALL ACCOUNTS | 10,046.56 (Excludes account transfers) | 350.00 (Excludes payments to debtors) | 9,696.56 Total Funds on Hand |

Page Subtotals     350.00     350.00

**Bank of America**

H

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS   75283-2406

Account Number    3754454323
01 01 148 06 M0000 E#    0
Last Statement:    12/31/2007
This Statement:    01/31/2008

ESTATE OF
GORNICKA, HALINA J, DEBTOR
GREGG SZILAGYI - TRUSTEE
06-17099
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

Customer Service
1-877-757-8233

Page    1 of    2

Bankruptcy Case Number: 0617099

## SPECIAL MARKETS MONEY MARKET SAVINGS

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 01/01/2008 - 01/31/2008 | Statement Beginning Balance | 9,696.56 |
| Number of Deposits/Credits    1 | Amount of Deposits/Credits | 3.84 |
| Number of Checks    0 | Amount of Checks | .00 |
| Number of Other Debits    0 | Amount of Other Debits | .00 |
| | Statement Ending Balance | 9,700.40 |
| Number of Enclosures    0 | | |
| | Service Charge | .00 |

### Interest Information

Amount of Interest Paid          3.84         Interest Paid Year-to-Date          3.84
Annual Percentage Yield Earned   .47%

### Deposits and Credits

| Date Posted | Customer Reference | Amount | Description | | Bank Reference |
|---|---|---|---|---|---|
| 01/31 | | 3.84 | INTEREST PAID ON 31 DAYS AVERAGE COLLECTED BALANCE OF | $9,696.56 | 09840002959 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 12/31 | 9,696.56 | 9,696.56 | 01/31 | 9,700.40 | 9,700.40 |

Recycled Paper

Form NTCFTFC7

# United States Bankruptcy Court

*Northern District of Illinois*

*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Halina J Gornicka
3907 N. Central Ave #1W
Chicago, IL 60634
SSN: xxx-xx-2188 EIN: N.A.

Case No. : 06-17099
Chapter : 7
Judge : Susan Pierson Sonderby

---

Debtor's Attorney:

Michael J Worwag
Law Offices of Michael J Worwag PC
6500 W Archer Avenue
Chicago, IL 60638

773-586-4010

Trustee:

Gregg Szilagyi
Tailwind Services LLC
One South Wacker Drive
Suite 800
Chicago, IL 60606

312-634-4748

## NOTICE FIXING TIME FOR FILING CLAIMS

To the Debtor(s), Creditors, and other Parties in Interest:

A petition under Chapter 7 of the U.S. Bankruptcy Code has been filed by (or against) the above-named debtor(s) on *December 23, 2006*.

1. *July 13, 2007* is fixed as the last day for the filing of claims by creditors other than governmental units.

2. *July 13, 2007* is fixed as the last day for filing or claims by govenmental units.

In order to have a claim allowed and share in any distribution from the estate, a creditor must file a claim, whether or not the creditor was included in the schedules filed by the debtor(s). Claims which are not filed on or before the above date fixed as the last day for the filing of claims will not be timely, except as otherwise provided by law. A claim may be filed in person or by mail on an official form prescribed for a proof of claim. If you wish to file a claim, please use the claim form on the reverse side.

For the Court,

Dated: April 13, 2007

Kenneth S. Gardner , Clerk
United States Bankruptcy Court

**BAE SYSTEMS**
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1          User: pgordon              Page 1 of 1              Date Rcvd: Apr 13, 2007
Case: 06-17099                Form ID: ntcftfc7          Total Served: 12

The following entities were served by first class mail on Apr 15, 2007.
db         +Halina J Gornicka,    3907 N. Central Ave #1W,    Chicago, IL 60634-2725
aty        +Gregg Szilagyi, Esq,    One South Wacker Drive,    Suite 800,    Chicago, IL 60606-4650
aty        +Michael J Worwag,    Law Offices of Michael J Worwag PC,    6500 W Archer Avenue,
             Chicago, IL 60638-2425
tr         +Gregg Szilagyi,    Tailwind Services LLC,    One South Wacker Drive,    Suite 800,
             Chicago, IL 60606-4650
11079073   +Boa Mbna,    Pob 17054,    Wilmington, DE 19884-0001
11079076   +Mid America Federal S&,    1001 S Washington St,    Naperville, IL 60540-7497
11079077   +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
11079078   +Thd/Cbsd,    Po Box 6003,    Hagerstown, MD 21747-6003
11079080   +US Cellular,    PO Box 0203,    Palatine, IL 60055-0001
11079079   +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241

The following entities were served by electronic transmission on Apr 14, 2007.
tr          +EDI: QGSZILAGYI.COM Apr 13 2007 22:10:00     Gregg Szilagyi,    Tailwind Services LLC,
             One South Wacker Drive,    Suite 800,    Chicago, IL 60606-4650
11079074    +EDI: CHASE.COM Apr 13 2007 22:11:00     Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11079075    +EDI: DISCOVER.COM Apr 13 2007 22:11:00     Discover Fin Svcs Llc,    Po Box 15316,
             Wilmington, DE 19850-5316
                                                                                               TOTAL: 3

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 15, 2007                          Signature:  *Joseph Speetjens*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| HALINA J GORNICKA, | ) | CASE NO. 06-17099 |
| | ) | |
| Debtor | ) | Hon. Susan Pierson Sonderby |

## DISTRIBUTION REPORT

I, **Gregg Szilagyi**, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $2,658.27 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(1)-(a)(7),507(a)(9)-(a)(10)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $7,036.18 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $9,694.45 |

EXHIBIT D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 2,658.27 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | GREGG SZILAGYI, Trustee Compensation | $1,755.27 | $1,755.27 |
| | GREGG SZILAGYI, Trustee Expenses | $0.00 | $0.00 |
| | POPOWCER KATTEN LTD., Accountant for Trustee Fees | $903.00 | $903.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) – Domestic Support Obligations | $ 0.00 | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 | |


| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) – Death & Personal Injury Claims for DUI | $ 0.00 | |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid prorata after costs of administration and priority claims are paid in full | $ 16,774.68 | 41.95 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 2 | Chase Bank USA, N.A., General Unsecured 726(a)(2) | $2,062.92 | $865.30 |
| 1 | Discover Bank/Discover Financial Services, General Unsecured 726(a)(2) | $14,711.76 | $6,170.88 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED   March 4, 2008                    /s/ Gregg Szilagyi
                                          **Gregg Szilagyi**, Trustee

Gregg Szilagyi (ARDC #6198555)
One South Wacker Drive
Chicago, Illinois 60606
Telephone:   (312) 634-4748
Facsimile:   (312) 634-5520

- 5 -