UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| HALINA J. GORNICKA, | ) | CASE NO.  06 B 17099 |
| | ) | |
| | ) | |
| DEBTOR. | ) | HON. SUSAN PIERSON SONDERBY |

**NOTICE OF FILING OF U.S. TRUSTEE'S
CERTIFICATE OF REVIEW OF TRUSTEE'S FINAL REPORT**

**To:    Gregg Szilagyi, Esq.
         Tailwind Services LLC
         One South Wacker Drive
         Suite 800
         Chicago, IL 60606
         Registrant's e-mail: gs@tailserv.com**

**Please Take Notice** that on **March 27, 2008**, the United States Trustee for the Northern District of Illinois filed with the Clerk of the United States Bankruptcy Court for the Northern District of Illinois the U.S. Trustee's Certificate of Review of the Trustee's Final Report, a copy of which is herewith served upon you.

The United States Trustee has reviewed the Trustee's Final Report in accordance with the standards set forth in the Memorandum of Understanding dated April 1, 1999, and has no objection to the Trustee's Final Report.

                                                         WILLIAM T. NEARY
                                                         UNITED STATES TRUSTEE

DATED: March 27, 2008                          BY: /s/ Dean C. Harvalis
                                                         Dean C. Harvalis, Assistant U.S. Trustee
                                                         OFFICE OF THE U.S. TRUSTEE
                                                         227 WEST MONROE, SUITE 3350
                                                         CHICAGO, ILLINOIS  60606
                                                         (312) 886-5783

**CERTIFICATE OF SERVICE**

I, Dean C. Harvalis, an attorney, state that pursuant to Section II, B, 4 of the Administrative Procedures for the Case Management/Electronic Case Filing System, service on the Trustee of the above Notice of Filing of U.S. Trustee's Certificate of Review of Trustee's Final Report was accomplished through the Court's Electronic Notice for Registrants on March 27, 2008.

                                                         /s/ Dean C. Harvalis