UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE ) | CHAPTER 7 | |
| ) | | |
| HALINA J GORNICKA, ) | CASE NO. 06-17099 | |
| ) | | |
| Debtor ) | Hon. Susan Pierson Sonderby | |

### NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:     U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 642, Chicago, Illinois 60604

    On: **May 13, 2008**                    Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $10,052.71 |
    | Disbursements | $358.26 |
    | Net Cash Available for Distribution | $9,694.45 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---:|---:|---:|
    | GREGG SZILAGYI<br>Trustee | $0.00 | $1,755.27 | $0.00 |
    | POPOWCER KATTEN LTD.<br>Accountant for Trustee | $0.00 | $903.00 | $0.00 |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | N/A | | | |

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| | | | |

7. Claims of general unsecured creditors totaling $16,774.68 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be **41.95%.**

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 2 | Chase Bank USA, N.A. | 2,062.92 | 865.30 |
| 1 | Discover Bank/Discover Financial Services | 14,711.76 | 6,170.88 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposes to abandon the following exempt property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Personal Checking account with Harris Bank | 0.00 |
| Used Personal Clothing | 500.00 |
| Used books, compact discs family pictures | 200.00 |
| Miscellaneous Household Goods and Used Furniture | 2,000.00 |

Dated: **April 4, 2008**                                         For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee:      Gregg Szilagyi
Address:    One South Wacker Drive
                    Chicago, Illinois 60606
Phone No.:  (312) 634-4748

2

# CERTIFICATE OF SERVICE

**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

```
District/off: 0752-1           User: amcc7               Page 1 of 1          Date Rcvd: Apr 04, 2008
Case: 06-17099                 Form ID: pdf002           Total Served: 15

The following entities were served by first class mail on Apr 06, 2008.
db          +Halina J Gornicka,    3907 N. Central Ave #1W,    Chicago, IL 60634-2725
aty         +Gregg Szilagyi, Esq,    One South Wacker Drive,    Suite 800,    Chicago, IL 60606-4650
aty         +Michael J Worwag,    Law Offices of Michael J Worwag PC,    6500 W Archer Avenue,
              Chicago, IL 60638-2425
tr          +Gregg Szilagyi,    Tailwind Services LLC,    One South Wacker Drive,    Suite 800,
              Chicago, IL 60606-4650
11079073    +Boa Mbna,    Pob 17054,    Wilmington, DE 19884-0001
11079074    +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
11331910    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
11079076    +Mid America Federal S&,    1001 S Washington St,    Naperville, IL 60540-7497
11079077    +Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
11079078    +Thd/Cbsd,    Po Box 6003,    Hagerstown, MD 21747-6003
11079079    +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241

The following entities were served by electronic transmission on Apr 05, 2008.
11315356     +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 05 2008 03:41:05
              Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
11079075     +E-mail/PDF: mrdiscen@discoverfinancial.com Apr 05 2008 03:41:05      Discover Fin Svcs Llc,
              Po Box 15316,    Wilmington, DE 19850-5316
12110182      E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns as,    assignee of Citibank,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
11079080     +Fax: 866-419-3894 Apr 05 2008 03:32:18     US Cellular,    PO Box 0203,
              Palatine, IL 60055-0001
                                                                                              TOTAL: 4

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Apr 06, 2008**                    **Signature:** *Joseph Speetjens*