UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| HALINA J GORNICKA, | ) | CASE NO. 06-17099 |
| | ) | |
| Debtor(s) | ) | Hon. SUSAN PIERSON SONDERBY |
| | ) | BANKRUPTCY JUDGE |
| | ) | |
| | ) | |

TRUSTEE'S FINAL ACCOUNT AND APPLICATION
TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE SUSAN PIERSON SONDERBY
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Distribution Report, a copy of which is attached as Exhibit "A".

All checks have been cashed. Evidence of canceled checks and the final bank statement reflecting a balance of zero for this estate are attached as Group Exhibit "B".

The Trustee certifies that the estate has been fully administered, requests that he be discharged, and the case closed pursuant to 11 U.S.C. §350.

Sept. 18, 2008                                Gregg Szilagyi
DATE                                          TRUSTEE

Gregg Szilagyi
One South Wacker Drive
Chicago, Illinois 60606
(312) 634-4748

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| HALINA J GORNICKA, | ) | CASE NO. 06-17099 |
| | ) | |
| Debtor | ) | Hon. Susan Pierson Sonderby |

## DISTRIBUTION REPORT

I, Gregg Szilagyi, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $2,658.27 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(1)-(a)(7),507(a)(9)-(a)(10)): | $0.00 |
| Secured Claims: | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $7,040.46 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $9,698.73 |

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $ 2,658.27 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
|  | GREGG SZILAGYI, Trustee Compensation | $1,755.27 | $1,755.27 |
|  | POPOWCER KATTEN LTD., Accountant for Trustee Fees | $903.00 | $903.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 |  |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(1) – Domestic Support Obligations | $ 0.00 |  |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 |  |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Wages, salaries or commissions limited to $10,000.00 | $ 0.00 |  |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Contributions Employee Benefit Plans | $ 0.00 | |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Deposits of consumers to the extent of $2,225 | $ 0.00 | |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(10) – Death & Personal Injury Claims for DUI | $ 0.00 | |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid pro rata after costs of administration and priority claims are paid in full | $ 16,774.68 | 41.97 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 2 | Chase Bank USA, N.A., General Unsecured 726(a)(2) | $2,062.92 | $865.82 |
| 1 | Discover Bank/Discover Financial Services, General Unsecured 726(a)(2) | $14,711.76 | $6,174.64 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED   May 22, 2008                                /s/ Gregg Szilagyi
                                                    **Gregg Szilagyi**, Trustee

Gregg Szilagyi (ARDC # 6198555)
One South Wacker Drive
Chicago, Illinois 60606
Telephone:   (312) 634-4748
Facsimile:    (312) 634-5520

- 5 -

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: HALINA J. GORNICKA ) | CASE NO. 06 B 17099 |
| ) | |
| ) | CHAPTER 7 CASE |
| DEBTOR ) | |
| ) | HON. SUSAN PIERSON SONDERBY |
| ) | |

### ORDER APPROVING COMPENSATION OF TRUSTEE'S ACCOUNTANT

THIS CAUSE coming to be heard on the Application of Trustee's Accountant for Allowance of Final Compensation and Reimbursement of Expenses ("Application");

IT APPEARING to the Court that payment of fees and reimbursement of costs requested herein is appropriate, and that the fees and expense reimbursements requested are reasonable, and notice of the Application having been duly given and no objection being heard, and therefore

IT IS HEREBY ORDERED:

A. The Application is granted.

B. Popowcer Katten, Ltd. is awarded final compensation for the period December 31, 2007 through January 3, 2008 in the amount of $903.00 and reimbursement of expenses in the amount of $0.00.

C. The Trustee is authorized to pay such amounts forthwith from funds in the bankruptcy estate as an administrative expense of the estate pursuant to section 507(a)(1) of the Bankruptcy Code.

BY THE COURT:

U.S. BANKRUPTCY JUDGE

5-14-08

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE | ) | CHAPTER 7 |
| | ) | |
| HALINA J GORNICKA, | ) | CASE NO. 06-17099 |
| | ) | |
| Debtor | ) | Hon. Susan Pierson Sonderby |

### ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $1,755.27 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $1,755.27 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

ENTERED:

By: _____
United States Bankruptcy Judge

_Order Prepared by_:

Gregg Szilagyi (ARDC #6198555)
One South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 634-4748
Facsimile: (312) 634-5520

# EXHIBIT B

Page: 1

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-17099
Case Name: HALINA J GORNICKA
Taxpayer ID No: XX-XXX1794
For Period Ending: 9/18/2008

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1164 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | | Balance Forward | | | | 0.00 |
| 4/30/2007 | | Transfer from Acct#XXXXXXX4323 | Transfer of Funds | 9999-000 | 350.00 | | 350.00 |
| 4/30/2007 | 001001 | Weiss, Mark B.<br>2442 N. Lincoln Avenue<br>Chicago, Illinois 60614 | REIMBURSEMENT FOR BPO ON RESIDENCE | 6920-000 | | 350.00 | 0.00 |
| 5/22/2008 | | Transfer from Acct#XXXXXX4323 | Transfer of Funds | 9999-000 | 9,698.73 | | 9,698.73 |
| 6/2/2008 | | Transfer from Acct#XXXXXX4323 | Transfer of Funds | 9999-000 | 0.83 | | 9,699.56 |
| 6/2/2008 | 001002 | GREGG SZILAGYI<br>One South Wacker Drive<br>Chicago, Illinois 60606 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 2100-000 | | 1,755.27 | 7,944.29 |
| 6/2/2008 | 001003 | POPOWCER KATTEN LTD.<br>35 EAST WACKER DRIVE<br>CHCIAGO, ILLINOIS 60601 | (Final distribution to Claim (no claim number), representing a Payment of 100.00% per court order.) | 3410-000 | | 903.00 | 7,041.29 |
| 6/2/2008 | 001004 | Discover Bank/Discover Financial Services<br>PO Box 3025<br>New Albany OH 43054 | (Final distribution to Claim 1, representing a Payment of 41.98% per court order.) | 7100-000 | | 6,175.36 | 865.93 |
| 6/2/2008 | 001005 | Chase Bank USA, N.A.<br>c/o Weinstein & Riley, P.S.<br>2101 4th Avenue, Suite 900<br>Seattle, WA, 98121 | (Final distribution to Claim 2, representing a Payment of 41.98% per court order.) | 7100-000 | | 865.93 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 10,049.56 | 10,049.56 |
| Less: Bank Transfers/CD's | 10,049.56 | 0.00 |
| Subtotal | 0.00 | 10,049.56 |
| Less: Payments to Debtors | 0.00 | 0.00 |
| Net | 0.00 | 10,049.56 |
| Page Subtotals | 10,049.56 | 10,049.56 |

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 06-17099
Case Name: HALINA J GORNICKA
Taxpayer ID No: XX-XXX1794
For Period Ending: 9/18/2008

Trustee Name: Gregg Szilagyi
Bank Name: Bank of America
Account Number/CD#: XXXXXX1164 - CHECKING ACCOUNT
Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | CHECKING ACCOUNT - XXXXXX1164 | | | | ACCOUNT BALANCE 0.00 |
| | | | TOTAL OF ALL ACCOUNTS | | NET DEPOSITS 0.00 | NET DISBURSEMENTS 10,049.56 | |
| | | | | | 0.00 | 10,049.56 | |
| | | | | | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

Page Subtotals    0.00    0.00

# Bank of America

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number         3754454323
01 01 148 06 M0000 E#          0
Last Statement:        07/31/2008
This Statement:        08/29/2008

ESTATE OF
GORNICKA, HALINA J, DEBTOR
GREGG SZILAGYI - TRUSTEE
06-17099
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

Customer Service
1-877-757-8233

Page        1 of     2

Bankruptcy Case Number: 0617099

## SPECIAL MARKETS MONEY MARKET SAVINGS

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 08/01/2008 - 08/29/2008 | Statement Beginning Balance | .00 |
| Number of Deposits/Credits       0 | Amount of Deposits/Credits | .00 |
| Number of Checks                 0 | Amount of Checks | .00 |
| Number of Other Debits           0 | Amount of Other Debits | .00 |
| | Statement Ending Balance | .00 |
| Number of Enclosures             0 | Service Charge | .00 |

### Interest Information

| | | | |
|---|---|---|---|
| Amount of Interest Paid | .00 | Interest Paid Year-to-Date | 11.26 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/31 | .00 | .00 | 08/29 | .00 | .00 |

**Bank of America**

CUSTOMER CONNECTION
BANK OF AMERICA, N.A.
DALLAS, TEXAS  75283-2406

Account Number    4428951164
01 01 148 06 M0000 E#        0
Last Statement:   07/31/2008
This Statement:   08/29/2008

ESTATE OF
GORNICKA, HALINA J, DEBTOR
GREGG SZILAGYI - TRUSTEE
06-17099
C/O GLOBAL GOVERNMENT BANKING
***** TX1-492-08-16 *****

Customer Service
1-877-757-8233

Page    1 of    2

Bankruptcy Case Number: 0617099

## SPECIAL MARKETS CHECKING ACCOUNT

### Account Summary Information

| | | |
|---|---|---|
| Statement Period 08/01/2008 - 08/29/2008 | Statement Beginning Balance | .00 |
| Number of Deposits/Credits                0 | Amount of Deposits/Credits | .00 |
| Number of Checks                          0 | Amount of Checks | .00 |
| Number of Other Debits                    0 | Amount of Other Debits | .00 |
| | Statement Ending Balance | .00 |
| Number of Enclosures                      0 | Service Charge | .00 |

### Daily Balances

| Date | Ledger Balance | Collected Balance | Date | Ledger Balance | Collected Balance |
|---|---|---|---|---|---|
| 07/31 | .00 | .00 | 08/29 | .00 | .00 |

Recycled Paper